DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HECTOR M. MUNOZ,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D19-2734

[May 27, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2008-CA-037378-XXXXMB.

Steven Serle of the Law Offices of Steven Serle, P.A., Boca Raton, for appellant.

Paul W. Burke and Kristen Johnson of Drew Eckl & Farnham, LLP, Atlanta, Georgia, for appellee.

PER CURIAM.

*Affirmed. See USAmeriBank v. Klepal*, 100 So. 3d 56 (Fla. 2d DCA 2011).

WARNER, MAY and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***